1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. MCGLENON, Bar #100433
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RICKY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-0056 AWI-BAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING;  ORDER |
| v. | ) ) | Date: February 19, 2013 |
| RICKY DAVIS, | ) ) | Time: 10:00 AM Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing now set for January 28, 2013, **may be continued to February 19, 2013, at 10:00 A.M.**, and that a new motions schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Declaration of Counsel | | January 11, 2013 |
| Replies Due | January 18, 2013 | January 25, 2013 |
| Hearing | January 28, 2013 - 1:30 P.M. | February 19, 2013 - 10:00 AM |

The continuance is requested by counsel for the defendant to allow counsel to and amend the substantive motion and prepare a declaration and to adequately evaluate and prepare necessary motions. The requested continuance will conserve time and resources for both counsel and the court.  Counsel for defendant is out of town on the currently set hearing date.  The hearing needs to be continued to accommodate both counsel's trial schedules. AUSA  Brian Enos has no objection to the requested continuance.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

DATED: January 3, 2013                      By: /s/ Brian Enos
                                                             BRIAN ENOS
                                                             Assistant United States Attorney
                                                             Attorney for Plaintiff

                                                             DANIEL J. BRODERICK
                                                             Federal Public Defender

DATED: January 3, 2013                      By: /s/ Ann H. McGlenon
                                                            ANN H. MCGLENON
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            Ricky Davis

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 3, 2013

                                                     UNITED STATES DISTRICT JUDGE