| | |
|---|---|
| 1 | HEATHER WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANN H. MCGLENON, Bar #100433 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | RICKY DAVIS |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-0056 AWI-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE AND EXCLUDE |
| v. | ) | TIME |
| | ) | |
| RICKY DAVIS, | ) | Date: July 22, 2013 |
| | ) | Time: 1:00 p.m. |
| Defendant. | ) | Judge: Hon. Barbara A. McAuliffe |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing now set for June 10, 2013, **may be continued to July 22, 2013, at 1:00 p.m.**

The continuance is requested by counsel for the defendant to permit further negotiations, investigation and review. The requested continuance will conserve time and resources for both counsel and the court. Both Counsel agree that negotiations and preparation are necessary. Negotiations for resolution are ongoing.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

                                                      BENJAMIN B. WAGNER
                                                     United States Attorney

DATED: June 5, 2013                        By:  /s/ Brian Enos
                                                                   BRIAN ENOS
                                                                   Assistant United States Attorney
                                                                   Attorney for Plaintiff

                                                     HEATHER E. WILLIAMS
                                                   Federal Public Defender

DATED: June 5, 2013                        By:  /s/ Ann H. McGlenon
                                                                   ANN H. MCGLENON
                                                                   Assistant Federal Defender
                                                                   Attorney for Defendant
                                                                   RICKY DAVIS

## O R D E R

**IT IS SO ORDERED.**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated: June 6, 2013**                      /s/ **Barbara A. McAuliffe**
                                                             UNITED STATES MAGISTRATE JUDGE