| | |
|---|---|
| 1 | HEATHER WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANN H. MCGLENON, Bar #100433 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | RICKY DAVIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-0056 AWI-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDE |
| v. | ) TIME |
| | ) |
| RICKY DAVIS, | ) Date: September 9, 2013 |
| | ) Time: 1:00 p.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing now set for July 22, 2013, **may be continued to September 9, 2013, at 1:00 p.m.**

The continuance is requested by counsel for the defendant to allow further negotiations between the parties, defense investigation, and consideration of further defense motions. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 18, 2013 By: /s/ Brian Enos
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Public Defender

DATED: July 18, 2013 By: /s/ Ann H. McGlenon
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
RICKY DAVIS

**O R D E R**

**IT IS SO ORDERED.**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **July 18, 2013**   /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE