HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
RICKY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-00056 AWI-BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| vs. | ) ) | Date: October 15, 2013 |
| RICKY DAVIS, | ) ) | Time: 1:00 p.m. Judge: Hon. Barbara A. McAuliffe |
| *Defendant.* | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Ricky Davis, that the status conference hearing set for September 9, 2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to October 15, 2013 at 1:00 p.m.**

We were recently notified that the authorization given to the defense computer expert for work, has yet to be completed. The requested continuance is necessary to allow for additional time for the expert's report, investigation and negotiation between the parties. The requested continuance will conserve time and resources for both parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  August 29, 2013           BENJAMIN B. WAGNER
                                  United States Attorney

                                   */s/ Brian W. Enos*
                                  BRIAN W. ENOS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

Dated:  August 29, 2013
                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                   */s/ Ann H. McGlenon*
                                  ANN H. MCGLENON
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  RICKY DAVIS

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause that the 6th Status Conference hearing set for September 9, 2013 at 1:00 p.m. before Judge McAuliffe, is **rescheduled to October 15, 2013 at 1:00 p.m. before Judge McAuliffe**. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **August 29, 2013**           /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE